# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN PRICE, | Case No.: 1:19-cv-00144 AWI JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT (Doc. 6) |
| v. | |
| NATIONAL CREDIT ADJUSTERS, LLC, | |
| Defendant. | |

The parties report they had come to terms of settlement. (Doc. 6) They indicate they will seek dismissal of the action within 30 days. Id. Thus, the Court **ORDERS**:

1.      The stipulation to dismiss the action **SHALL** be filed **<u>no later than March 27, 2019</u>**;

2.      All pending dates, conferences and hearings are **VACATED**.

**<u>The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

Dated:   **March 5, 2019**          **/s/ Jennifer L. Thurston**

                                          UNITED STATES MAGISTRATE JUDGE