# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN PRICE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL CREDIT ADJUSTERS, LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:19-cv-00144 AWI JLT <br><br> ORDER CLOSING CASE <br> (Doc. 8) |

The plaintiff has filed a notice of voluntary dismissal. (Doc. 8) No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **March 7, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE